UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELOIS JOHNSON,

                              Plaintiff,

              – against –

CITY OF NEW YORK,

                              Defendant.

**ORDER**

23-cv-6804 (ER)

Ramos, D.J.:

On November 27, 2023, Defendant City of New York (the "City") filed a motion to dismiss the complaint.  Doc. 8.  However, the City failed to comply with this Court's Individual Practices, which generally require a moving party to request a pre-motion conference with the Court before making a motion.  *See* Individual Practices of Judge Edgardo Ramos Rule 2(A).  The City failed to request a pre-motion conference.  Therefore, the City's motion to dismiss the complaint is DENIED without prejudice.  The Clerk of the Court is respectfully directed to terminate the motion, Doc. 8.  If the City wishes to refile its motion, it is advised to refer to the Court's Individual Rules of Practice, with which it must comply.

          It is SO ORDERED.

Dated:  November 30, 2023
          New York, New York

_____
Edgardo Ramos, U.S.D.J.