UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELOIS JOHNSON,

                Plaintiff,

– against –

THE CITY OF NEW YORK,

                Defendant.

**ORDER**

23-cv-06804 (ER)

Ramos, D.J.:

    Delois Johnson brought this action against the City of New York (the "City") on August 3, 2023.  Doc. 1.  On December 27, 2023, Johnson filed an amended complaint, and on September 27, 2024, the Court granted in part and denied in part the City's motion to dismiss the amended complaint.  Docs, 18, 32.  On January 15, 2025, the City requested an extension to May 15, 2025 to respond to the amended complaint, which the Court granted.  Docs. 36, 37.  Since then, there has been no activity in this case.

    Johnson is directed to submit a status letter by no later than August 6, 2025.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    July 29, 2025
             New York, New York

                                                                               EDGARDO RAMOS, U.S.D.J.