UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DELOIS JOHNSON,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK,

                             Defendant.

-------------------------------------------------------------------X

23-CV-06804 (ER)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2025

**SARAH NETBURN, United States Magistrate Judge**:

      On Wednesday, October 22, 2025, Judge Edgardo Ramos assigned this matter to my docket for settlement. By Monday, November 3, 2025, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     October 23, 2025
               New York, New York