UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DELOIS JOHNSON,

                        Plaintiff,

        -against-

THE CITY OF NEW YORK,

                     Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___ 1/8/2026 ___

23-CV-06804 (ER)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     By no later than Friday, February 20, 2026, the parties are ORDERED to file a letter advising whether further settlement discussions with the Court would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 8, 2026
            New York, New York