# Ricotta & Marks, P.C.

*Attorneys at Law*
2174 Jackson Ave.
Seaford, New York 11783
Telephone (347) 464-8694
www.QueensEmploymentAttorney.com

January 12, 2026

*Via ECF*
Honorable Edgardo Ramos
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**MEMO ENDORSED**

Re:    Johnson v. City of New York
Docket No.: 23-CV-06804 (ER)

Dear Judge Ramos:

As Your Honor is aware, this Firm represents the Plaintiff in the above-referenced matter. I am in receipt of Your Honor's January 9, 2026 Order scheduling a status conference for January 15, 2026. I write to request an adjournment of that conference, as I am presently out of state on a pre-scheduled vacation, and will be unable to appear for the conference, as I am in Texas and not returning to New York until January 20, 2026. I have conferred with counsel for Defendant. They consent to this request, but have advised that they are unavailable until February 2, 2026. As such, I respectfully request that the conference be adjourned to a date convenient to the Court after February 2, 2026.

Than you for Your Honor's time and consideration of this request. This is the first such request made.

The status conference presently scheduled for January 15, 2026, is adjourned to February 3, 2026, at 11:30 a.m. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:    1/13/2026
New York, New York

Sincerely,

RICOTTA & MARKS, P.C.

_____/s_____
Matthew Marks

cc:    Shinequa Charles, Esq. (*via ECF*)